| | |
|---|---|
| 1 | LIDIA S. STIGLICH (CSBN 182100) |
| | STIGLICH & HINCKLEY, LLP |
| 2 | The CaCDS Building |
| | 502 Seventh Street |
| 3 | San Francisco, California 94103 |
| | Telephone: (415) 865-2539 |
| 4 | Fax: (415) 865-2538 |
| 5 | Attorney for Defendant |
| | ABDUL WAHEED |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 04-0292 PJH (EMC) |
| | Case No. CR 04-0293 MHP (EMC) |
| Plaintiff, | |
| v. | STIPULATION AND [~~PROPOSED~~] |
| | ORDER RE: REQUEST TO MODIFY |
| | CONDITIONS OF PRETRIAL RELEASE |
| ABDUL WAHEED, | TO PERMIT TRAVEL |
| Defendant. | |

Defendant ABDUL WAHEED, by and through his counsel Lidia S. Stiglich and Assistant United States Attorney Timothy Lucey, hereby stipulate and agree that Mr. Waheed's pretrial release conditions may be modified to permit him to travel from his present residence in Petaluma, California to Pakistan within the time period of September 30, 2007 and October 30, 2007, so that he may visit his family and his newborn son who he has yet to meet.

It is further stipulated that, to facilitate this travel, his passport and green card be returned to him. It is agreed that Mr. Waheed shall return his passport and green card upon his return to the USA on or before October 30, 2007.

///

///

///

Mr. Waheed's assigned United States Probation Officer Constance Cook has been informed of this travel request and has no objection.

IT IS SO STIPULATED.

Dated: 9/7/07 .

/s/
LIDIA S. STIGLICH
Attorney for Defendant
ABDUL WAHEED

Dated: 9/7/07 .

/s/
TIMOTHY LUCEY
Assistant United States Attorney

## ORDER

Pursuant to stipulation, Defendant ABDUL WAHEED's pretrial release conditions are modified to permit him to travel from his present residence in Petaluma, California to Pakistan within the time period of September 30, 2007 and October 30, 2007, so that he may visit his family and his newborn son who he has yet to meet.

Further, his passport and green card are to be returned to him forthwith. Mr. Waheed shall return his passport and green card upon his return to the USA, on or before October 30, 2007.

**IT IS SO ORDERED.**

Dated: September 12, 2007 .

EDWARD ELIZABETH D. LAPORTE
Judge

IT IS SO ORDERED
Judge Elizabeth D. Laporte

Law Offices
Stiglich & Hinckley

Stip. & [Proposed] Order re Modify Conditions of Pretrial Release To Permit Travel.
-2-

**PROOF OF SERVICE**

I, the undersigned say:

I am over eighteen years of age and not a party to the above action. My business address is 1306 Pine Street, Walnut Creek, California 94596.

On September 12, 2007, I personally served via U.S. Mail a copy of the attached on the following:

>Office of Pretrial Services
>United States Courthouse
>450 Golden Gate Avenue
>San Francisco, CA 94102

I declare under penalty of perjury that the foregoing is true and correct. Executed on 9/12/07, at Walnut Creek, California.

/s/
_____
Michael Hinckley

Law Offices Stiglich & Hinckley

Stip. & [Proposed] Order re Modify Conditions of Pretrial Release To Permit Travel.