1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 04 - 0293 MHP |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [~~PROPOSED~~] ORDER |
| vs. | ) | |
| ABDUL WAHEED, | ) | |
| Defendant. | ) | |

WHEREAS, this matter is currently scheduled for judgment and sentencing on Monday, November 5, 2007, at 9:00 a.m., before this Court,

WHEREAS, the defendant has yet to complete and submit his financial data to the Probation Department and the Government, as required under the terms of his plea agreement;

WHEREAS, the defendant is currently out of the country and not due to return to the District until later this week, such that the defendant and his counsel are in a position to provide the subject financial data prior to the deadline for filing sentencing memorandum;

WHEREAS, the parties and the Probation Officer have conferred and determined that it would serve the interest of all parties and the Court for the defendant to complete his financial documents and transmit same to the Government and the Probation Department, well in advance

Stipulation and Order
*UNITED STATES V. WAHEED*
[CR 04 - 0293 MHP]

1  of the date set for sentencing, such a continuance of the matter is therefore appropriate;

2  WHEREAS, counsel for the defendant will be unavailable to a state court trial set to begin
3  in the later half of November 2007 and expected to run through the first half of December 2007;

4  WHEREAS, the parties are agreeable to continuing the matter until Monday, December 17,
5  2007, for a judgment and sentencing of the aforementioned defendant;

6  WHEREAS, the parties have consulted with the Probation Officer, Ms. Connie Cook,
7  regarding the proposed continuance and new date, in accordance with Local Rule 32;

8  WHEREAS, the parties have consulted with the Court's deputy, Mr. Anthony Bowser, who
9  confirmed that December 17, 2007, is an agreeable date on the Court's calendar;

10  THEREFORE, the parties stipulate and hereby agree that the matter should be continued
11  for judgment and sentencing as to the defendant Abdul Waheed until Monday, December 17,
12  2007, at 9:00 a.m., with the deadlines for filing sentencing memoranda to be set according to the
13  normal deadlines provided under the Local Rules of this Court.

14  **IT IS SO STIPULATED.**

16  DATED: 10/25/07          SCOTT N. SCHOOLS
                              UNITED STATES ATTORNEY

                              TIMOTHY J. LUCEY
                              Assistant United States Attorney

20  DATED: 10/25/07          LIDIA STIGLICH, ESQ.
                              Attorney for Defendant Abdul Waheed

22  **IT IS SO ORDERED.**

24  DATED: 11/2/07           HONORABLE MARILYN HALL PATEL
                              United States District Court

Stipulation and Order
*UNITED STATES V. WAHEED*
[CR 04 - 0293 MHP]                - 2 -