LIDIA S. STIGLICH (CSBN 182100)
MICHAEL HINCKLEY (CSBN 161645)
STIGLICH & HINCKLEY LLP
The CaCDS Building
502 Seventh Street
San Francisco, California 94103
Telephone: (415) 865-2539
Fax: (415) 865-2538

Attorney for Defendant
ABDUL WAHEED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ABDUL WAHEED, et al.,<br><br>Defendants. | Case No. CR 04-0293 MHP<br><br>STIPULATION AND [PROPOSED] ORDER RE: CONTINUE SENTENCING<br><br>Date: 12/17/07<br>Time: 9:00 a.m.<br>Courtroom: Hon. Marilyn Hall Patel |

Defendant ABDUL WAHEED, by and through his counsel, Lidia S. Stiglich and Michael L. Hinckley, and Assistant United States Attorney Timothy Lucey, hereby stipulate and agree that the sentencing hearing date be continued from December 17, 2007, at 9:00 a.m. to January 14, 2008, at 9:00 a.m.

This requested brief continuance is necessary as additional time is needed to prepare and file the defense response to the argument raised by the government in its sentencing memorandum requesting the Court order Mr. Waheed pay an additional $341,667.72 via criminal forfeiture over and above the repayment of the loan amount. Defense preparation includes obtaining loss/repayment records relevant to the issues raised.

Stip. & [Proposed] Order re Continue Sentencing

Law Offices
Stiglich & Hinckley

-1-

IT IS SO STIPULATED.

Dated: 12/12/07

LIDIA STIGLICH & MICHAEL HINCKLEY
Attorneys for Defendant
ABDUL WAHEED

Dated: 12/12/07

TIMOTHY LUCEY
Assistant United States Attorney

**ORDER**

Pursuant to stipulation, the sentencing hearing date be continued from December 17, 2007, at 9:00 a.m. to January 14, 2008, at 9:00 a.m. *No further extensions*

**IT IS SO ORDERED.**

Dated: 12/12/07

Hon. Marilyn Hall Patel
United States District Court Judge

Stip & [Proposed] Order re Continue Sentencing